CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Address: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff CHRIS LANGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br>     Plaintiff, <br> v. <br> **John Taylor Pedicini**, in individual and representative capacity as trustee of the Maria Pedicini Separate Property Trust dated 12/12/2005 and of the T& G Trust; and **Does 1-10**, <br>     Defendants. | **Case No**. 8:19-CV-00678-JLS-ADS <br><br> **Request for Entry of Judgment Pursuant to FRCP 68(a)** |

PLEASE TAKE NOTICE THAT Plaintiff has accepted an FRCP 68 Offer of Judgment from Defendant John Taylor Pedicini, in individual and representative capacity as trustee of the Maria Pedicini Separate Property Trust dated 12/12/2005 and of the T & G Trust and served notice of the same. Attached are: Defendant's Offer (Exhibit 1), Plaintiff's Acceptance (Exhibit 2) and Proof of Service (Exhibit 3).

A plaintiff may seek entry of judgment after accepting a Rule 68 Offer of Judgment.

"If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."

*Fed. R. Civ. P.* 68(a)

The parties attempted to resolve this matter without seeking entry of judgment, however those efforts have fallen through. IN order to conclude this matter, and having accepted the offer of judgment, pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff is now entitled to, and hereby moves for, the clerk's entry of judgment pursuant to the terms of Exhibit 1.

In order to aid entry of judgment, Plaintiff has prepared a proposed judgment intended to be consistent with the terms of Defendant's Offer of Judgment. This proposed order is filed concurrently with this Notice of Acceptance.

Dated: June 9, 2020           CENTER FOR DISABILITY ACCESS

                                  By:_/s/ Dennis Price_____
                                      Dennis Price, Esq.
                                      Attorney for Plaintiff