UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br>        Plaintiff, <br><br>    v. <br><br>**John Taylor Pedicini**, in individual and representative capacity as trustee of the Maria Pedicini Separate Property Trust dated 12/12/2005 and of the T& G Trust; and **Does 1-10**, <br><br>        Defendants. | Case: 8:19-CV-00678-JLS-ADS <br><br> Judgment |

Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Scott Johnson and against defendant John Taylor Pedicini, in individual and representative capacity as trustee of the Maria Pedicini Separate Property Trust dated 12/12/2005 and of the T & G Trust in the amount of $4,100 plus allowable costs, which may include allowable attorney's fees, to be determined by the Court.

Additionally, defendant John Taylor Pedicini, in individual and representative capacity as trustee of the Maria Pedicini Separate Property Trust dated 12/12/2005 and of the T & G Trust shall make the following changes or modifications, within 6 months of this Judgment, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the property located at 14022 Springdale Street, Westminster, CA 92683:

1. Provide one compliant van accessible space and access aisle.
2. Provide a compliant path of travel from the accessible space to the Subject Property.

The time for completion of the above construction and changes may be modified by the Court only for good cause shown by a party, upon notice and after an opportunity to be heard.

The Court retains jurisdiction for the purpose of determining fees and costs and enforcement of the terms of the judgment.

Dated: 06/15/2020

_____
Hon. JOSEPHINE L. STATON
United States District Judge